UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

U'Nika J. Queeney Yahral,

        Plaintiff

v.

Frankie Cooper, et al.,

        Defendants

Case No. 2:24-cv-02042-CDS-MDC

**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**

[ECF No. 19]

      Plaintiff U'Nika J. Queeny Yahral brings this action seeking redress for the removal of her minor children from her custody. Compl., ECF No. 1-1. United States Magistrate Judge Maximiliano D. Couvillier III screened Yahral's complaint under 28 U.S.C. § 1951(e) and found that Yahral asserts claims that have no private right of action, includes defendants who are immune from suit, and fails to raise any 42 U.S.C. § 1983 claim under *Monell v. N.Y. City Dep't of Soc. Servs.*, 436 U.S. 658, 701 (1978). Order, ECF No. 17 at 6–17. As such, he dismissed the complaint with leave to amend, giving Yahral until September 3, 2025, to amend her complaint. *Id.* at 18. After the deadline passed without Yahral filing an amendment, Judge Couvillier issued a report and recommendation (R&R) that this case be dismissed. R&R, ECF No. 19.

      Yahral had until November 4, 2025, to file any objections to the magistrate judge's R&R. *Id.* at 3 (citing Local Rule IB 3-2 (stating that parties wishing to object to the findings and recommendations must file specific written objections within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). That deadline also passed, and no objection is filed. The law is clear that "no review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Here, given Yahral's failure to comply with the court's order to file an amended complaint, Judge Couvillier considered the *In re Phenylpropanolamine Prod. Liability Litigation* dismissal factors and found they weighed in favor of dismissal. ECF No. 19 at 2–3 (citing 460 F.3d 1217, 1226 (9th Cir. 2006)). I agree that failure of a party to comply with a court order constitutes grounds for dismissal under Federal Rule of Civil Procedure 41(b); *see also Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) ("the district court may dismiss an action for failure to comply with any order of the court."). I therefore accept the R&R in its entirety and dismiss this action.

### Conclusion

It is hereby ordered that the magistrate judge's report and recommendation **[ECF No. 19] is accepted and adopted in full**, therefore Yahral's complaint is dismissed without prejudice. The Clerk of Court is kindly directed to enter judgment accordingly, and to close this case.

Dated: November 17, 2025

_____
Cristina D. Silva
United States District Judge